IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION


SUSAN TRIPP,

Plaintiff,

v.

WELLS FARGO & COMPANY,
WELLS FARGO BANK, N.A., and
WELLS FARGO HOME MORTGAGE,

Defendants.

Case 6:18-cv-00983-MK
**ORDER**

---

AIKEN, District Judge:

Magistrate Judge Mustafa Kasubhai filed his Findings and Recommendation ("F&R") (doc. 53) recommending that Defendant's Motion to Dismiss (doc. 24) should be granted. Plaintiff and Defendants then timely filed objections to the F&R (doc. 55 and 57, respectively). The matter is now before me. *See* 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When either party objects to any portion of a magistrate judge's F&R, the district court must make a de novo determination of that portion of the magistrate judge's report. *See* 28 U.S.C. § 636(b)(1); *McDonnell Douglas Corp. v.*

*Commodore Business Machines, Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981), cert denied,

455 U.S. 920 (1982). Based on my review of the F&R and the documents in the case,

I find no error in Judge Kasubhai's F&R and the parties' objections do not undermine

Judge Kasubhai's analysis. Thus, I adopt the F&R (doc. 53) in its entirety.

Accordingly, Defendant's Motion to Dismiss (doc. 24) is GRANTED. Plaintiff's

RESPA and TILA claims are therefore dismissed with prejudice and Plaintiff's

Oregon UTPA claim is dismissed without prejudice.

IT IS SO ORDERED.

Dated this 25th day of March, 2019.

_____
Ann Aiken
United States District Judge