IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

SUSAN TRIPP,

    Plaintiff,

v.

WELLS FARGO & COMPANY, WELLS FARGO BANK, N.A., and WELLS FARGO HOME MORTGAGE,

    Defendants.

Civ. No. 6:18-cv-00983-MK

JUDGMENT

This case is DISMISSED.

DATED: 3/26/2019

Mary L. Moran, Clerk

By   /s/ Cathy Kramer
       Deputy Clerk

1 –JUDGMENT